**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 04-2224

———————

MARY ANN NICHOLS-SMITH,

Plaintiff - Appellant,

versus

BRANCH BANKING & TRUST COMPANY; JENNIFER
ALEXANDER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of North Carolina, at Charlotte.  Lacy H. Thornburg,
District Judge.  (CA-03-368-3)

———————

Submitted:  December 10, 2004          Decided:  January 25, 2005

———————

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Mary Ann Nichols-Smith, Appellant Pro Se.  Virginia A. Piekarski,
CONSTANGY, BROOKS & SMITH, L.L.C., Winston-Salem, North Carolina,
Edward Katze, Timothy R. Newton, CONSTANGY, BROOKS & SMITH,
Atlanta, Georgia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mary Ann Nichols-Smith appeals the district court's order denying relief on her 42 U.S.C. §§ 2000e to 2000e-17 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Nichols-Smith v. Branch Banking & Trust Co.</u>, No. CA-03-368-3 (W.D.N.C. Aug. 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>